A. Cisneros
Email: amctrustee@mclaw.org
3403 Tenth Street, Suite 711
Riverside, CA  92501
Telephone:      (951) 328-3124
Telecopier:     (951) 682-9707


Chapter 7 Trustee




UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No. 6:07-15297 MJ |
| | ) Chapter 7 |
| DONALD JERRY WATSON, | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDENDS** |
| | ) **PURSUANT TO BANKRUPTCY RULE** |
| Debtor. | ) **3011** |
| | ) |

TO U.S. BANKRUPTCY COURT, CLERK OF THE UNITED STATES BANKRUPTCY

COURT, FISCAL SECTION:

    Please find attached hereto Check No. 1013 in the sum of

$959.65[1] representing the total amount of unclaimed dividend(s) in

the above-entitled debtor's estate which will create a zero

balance in the bank account. Said sum is paid over to you pursuant

to Bankruptcy Rule 3011. A list of the name(s), address(es) and

amount(s) to be paid to each claimant entitled to said unclaimed

dividend is attached.

Dated: February  23 , 2010

                                        A. CISNEROS
                                        Chapter 7 Trustee

---

[1] Check forwarded to the Fiscal Section of the United States Bankruptcy Court.

1

## ATTACHMENT NO. 2

2

### LISTING OF DIVIDEND PAYMENTS
#### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

3

CLASS OF CREDITOR BEING PAID: Bankruptcy Procedure 3011

4

5

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 00003 | Smash Distribution 1636 West 139th St. Gardena, CA  90249 | 6,917.12 | 0.00 | 959.65 |

6

7

8

| | TOTALS: | $6,917.12 | $0.00 | $959.65 |
|---|---|---|---|---|

9

CASE NUMBER:   6:07-15297 MJ

10

CASE NAME:   DONALD JERRY WATSON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BANK OF AMERICA, N.A.

CUSTOMER CONNECTION

Unclaimed Dividends

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE, CA 92501

CHECK NUMBER

**1013**

| DATE | AMOUNT |
|------|--------|
| 02/22/10 | *********959.65 |

| CASE NUMBER | DEBTOR |
|-------------|--------|
| 6:07-15297   MJ | WATSON, DONALD JERRY |

PAY TO THE ORDER OF

*Nine Hundred Fifty Nine Dollars And 65/100*

U.S. BANKRUPTCY COURT
EDWARD R. ROYBAL FED BLDG
FISCAL DEPT
255 E. TEMPLE ST
LOS ANGELES, CA 90012

A. CISNEROS, TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

⑆"001013"⑆ ⑈111000012⑈ 4428794376"⑈

Arturo M. Cisneros   Bar # 120494

---

| Date: 02/22/10 | Check Number: 1013 | | Amount: 959.65 |
|----------------|--------------------|-|----------------|

Debtor Name: WATSON, DONALD JERRY
Case Number: 6:07-15297   MJ

| Paid To: | U.S. BANKRUPTCY COURT<br>EDWARD R. ROYBAL FED BLDG<br>FISCAL DEPT<br>255 E. TEMPLE ST<br>LOS ANGELES, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |

Description:   Unclaimed Dividends

Bank Account Number:   4428794376

---

| Date: 02/22/10 | Check Number: 1013 | | Amount: 959.65 |
|----------------|--------------------|-|----------------|

Debtor Name: WATSON, DONALD JERRY
Case Number: 6:07-15297   MJ

| Paid To: | U.S. BANKRUPTCY COURT<br>EDWARD R. ROYBAL FED BLDG<br>FISCAL DEPT<br>255 E. TEMPLE ST<br>LOS ANGELES, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |

Description:   Unclaimed Dividends

Bank Account Number:   4428794376

| In re:<br>DONALD JERRY WATSON,<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 6:07-15297 MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3403 Tenth Street, Suite 711, Riverside, CA 92501

The foregoing document described as **NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO BANKRUPTCY RULE 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **FEBRUARY 23, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Arturo Cisneros     amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
Alyssa K McCorkle     ecfcacb@pitedduncan.com
Chris A Mullen     cam2424@hotmail.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **FEBRUARY 23, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

U.S. BANKRUPTCY COURT, EDWARD R. ROYBAL FED. BLDG, FISCAL DEPT., 255 E. TEMPLE STREET, LOS ANGELES, CA  90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 23, 2010 | Denise Weiss | /s/ Denise Weiss |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.